BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD W. NORTHCUTT,<br><br>Defendant. | CR. NO.  S-11-0038 EJG<br><br>STIPULATION AND  ORDER TO CHANGE JUDGMENT AND SENTENCE TO STATUS CONFERENCE |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Northcutt is scheduled for Judgment and Sentencing on April 22, 2011.  However, he may be called as a witness at the trial of several co-conspirators.  As such, the government will not be able to fully determine its sentencing recommendation until such trial.

Per agreement with the government and defense counsel, it is respectfully requested that the Judgment and Sentencing currently set for April 22, 2011, at 10:00 a.m. be changed to a Status Conference.  The United States Probation Office is in accord with this approach.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

///

BENJAMIN B. WAGNER
United States Attorney

Date: 3/21/11              /s/ Russell L. Carlberg
                           By: RUSSELL L. CARLBERG
                           Assistant United States Attorney


Date: 3/21/11              /s/ Doron Weinberg*
                           DORON WEINBERG
                           Attorney for Defendant Richard W. Northcutt

## ORDER

For the reasons stated above, the Court vacates the sentencing date in this case of April 22, 2011.  That date is, rather, set for a status on the matter of sentencing.

IT IS SO ORDERED, March 22, 2011.

                           /s/ Edward J. Garcia
                           EDWARD J. GARCIA
                           UNITED STATES DISTRICT JUDGE

*Signed with permission.