BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD W. NORTHCUTT,<br><br>    Defendant. | CR. NO.  S-11-0038 EJG<br><br>STIPULATION AND ORDER TO CHANGE JUDGMENT AND SENTENCE TO STATUS CONFERENCE |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Northcutt is scheduled for a Status Conference regarding Judgment and Sentencing on October 28, 2011. However, he may be called as a witness at the trial of several co-conspirators. As such, the government will not be able to fully determine its sentencing recommendation until such trial.

Per agreement with the government and defense counsel, it is respectfully requested that the status conference currently set for October 28, 2011, at 10:00 a.m. be continued to January 27, 2012. The United States Probation Office is in accord with this approach.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

///

///

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Date: 10/25/11                           */s/ Russell L. Carlberg*
                                        By: RUSSELL L. CARLBERG
                                        Assistant United States Attorney

Date: 10/25/11                           */s/ Doron Weinberg**
                                        DORON WEINBERG
                                        Attorney for Defendant Richard W. Northcutt

                                                   [PROPOSED] ORDER

      For the reasons stated above, the Court reschedules the status conference regarding judgment and sentence to January 27, 2012.

      IT IS SO ORDERED.  October 25, 2011

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        UNITED STATES DISTRICT JUDGE

*Signed with permission.