BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-11-0038 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| RICHARD W. NORTHCUTT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Northcutt is currently set to appear before the Court for a status conference regarding judgment and sentencing on April 27, 2012.  Mr. Northcutt, however, may be called as a witness at the trial of several co-conspirators.  In this related case, <u>United States v. Chandler, et al.</u>, Cr. No. S-11-511 EJG, four defendants, Andrew B. Katakis, Donald M. Parker, Anthony B. Joachim, and W.

1

Theodore Longley, are on the Court's calendar for a status conference on April 27, 2012.

The government will not be able to fully determine its sentencing recommendation for Mr. Northcutt until after a trial in the related case.  Therefore, per agreement with defense counsel, it is respectfully requested that the status conference for Mr. Northcutt that is currently set for April 27, 2012 be continued to July 13, 2012.  The United States Probation Office is in accord with this approach.  It is anticipated that at that time, the parties will be in a better position to request a judgment and sentencing date and disclosure schedule for the presentence report.

Dated: April 4, 2012                    Respectfully Submitted,

                                        Benjamin B. Wagner
                                        United States Attorney

                                By:     _s/Russell Carlberg*_
                                        RUSSELL L. CARLBERG
                                        Assistant U.S. Attorney

                                        Sharis A. Pozen
                                        Acting Assistant Attorney
                                        General

                                By:     _s/Tai Milder_
                                        ANNA TRYON PLETCHER
                                        TAI S. MILDER
                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Antitrust Division

```
                              By:   s/Doron Weinberg*
                                    DORON WEINBERG
                                    Counsel for Defendant
*Signed with permission
```

ORDER

For the reasons stated above, the Court reschedules the status conference regarding judgment and sentencing to July 13, 2012 at 10:00 a.m.

DATED: April 5, 2012

IT IS SO ORDERED.

```
                              /s/ Edward J. Garcia
                              _____
                              EDWARD J. GARCIA
                              UNITED STATES DISTRICT JUDGE
```