

1 │ ANNA TRYON PLETCHER (Cal. Bar No. 239730)
   │ TAI S. MILDER (Cal. Bar No. 267070)
2 │ MAY LEE HEYE (Cal. Bar No. 209366)
   │ KELSEY C. LINNETT (Cal. Bar No. 274547)
3 │ Trial Attorneys
   │ U.S. Department of Justice
4 │ Antitrust Division
   │ 450 Golden Gate Avenue, Room 10-0101
5 │ San Francisco, California 94102-3478
   │ Telephone: (415) 436-6660
6 │
7 │
8 │            IN THE UNITED STATES DISTRICT COURT
9 │         FOR THE EASTERN DISTRICT OF CALIFORNIA
10 │
11 │ UNITED STATES OF AMERICA,       No. 2:10-CR-0144 EJG
12 │               Plaintiff,
13 │         v.
14 │ ANTHONY B. GHIO,
15 │               Defendant.
16 │ ─────────────────────────────
17 │ UNITED STATES OF AMERICA,       No. 2:10-CR-0238 EJG
18 │               Plaintiff,
19 │         v.
20 │ THEODORE B. HUTZ,
21 │               Defendant.
22 │ ─────────────────────────────
23 │ UNITED STATES OF AMERICA,       NO. 2:10-CR-0239 EJG
24 │               Plaintiff,
25 │         v.
26 │ JOHN R. VANZETTI,
27 │               Defendant.
28 │

FILED

NOV 05 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES OF AMERICA,                    NO. 2:11-CR-0038 EJG

                      Plaintiff,

              v.

RICHARD W. NORTHCUTT,

                      Defendant.

_____

UNITED STATES OF AMERICA,                    No. 2:11-CR-0039 EJG

                      Plaintiff,

              v.

YAMA MARIFAT,

                      Defendant.

_____

UNITED STATES OF AMERICA,                    No. 2:11-CR-0090 EJG

                      Plaintiff,

              v.

GREGORY L. JACKSON,

                      Defendant.

_____

UNITED STATES OF AMERICA,                    No: 2:11-CR-0291 EJG

                      Plaintiff,

              v.

WALTER DANIEL OLMSTEAD,

                      Defendant.

2

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-0292 EJG |
| Plaintiff, | |
| v. | |
| ROBERT ROSE, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0492 EJG |
| Plaintiff, | |
| v. | |
| KENNETH A. SWANGER, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-511 EJG |
| Plaintiff, | |
| v. | |
| WILEY C. CHANDLER, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER
TO CONTINUE STATUS CONFERENCES**

The defendants in the above-entitled cases, Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler, are on the Court's calendar for status conferences on November 9, 2012.

These individuals, however, may be called as witnesses at the trial of several co-conspirators.  In this related case, United States v. Katakis, et al., Cr. No. S-11-511 EJG, four

3

1  defendants, Andrew B. Katakis, Donald M. Parker, Anthony B.

2  Joachim, and W. Theodore Longley, are on the Court's calendar

3  for a trial commencing on November 4, 2013.

4      The government will not be able to fully determine its

5  sentencing recommendation for defendants Ghio, Hutz, Vanzetti,

6  Northcutt, Marifat, Jackson, Olmstead, Rose, Swanger, and

7  Chandler until after a trial in the related case.  Therefore,

8  per agreement with defense counsel, it is respectfully requested

9  that the status conference for these individuals that is

10 currently set for **November 9, 2012** be continued to **December 20,**

11 **2013** at 10:00 a.m.  The United States Probation Office is in

12 accord with this approach.  It is anticipated that at that time,

13 the parties will be in a better position to request dates for

14 judgment and sentencing and disclosure schedules for presentence

15 reports.

16

17 Dated: November 2, 2012                Respectfully submitted,

18

19                                        /s/ Tai S. Milder
                                          Anna Tryon Pletcher
20                                        Tai S. Milder
                                          May Lee Heye
21                                        Kelsey C. Linnett
                                          Trial Attorneys
22                                        U.S. Department of Justice
                                          Antitrust Division
23

24                                        /s/ Micheal S. Thorman *
                                          MICHEAL S. THORMAN
25                                        Counsel for Anthony Ghio

26                                        /s/ Kresta Nora Daly *
                                          KRESTA NORA DALY
27                                        Counsel for Theodore B. Hutz

28

                                        4

/s/ Christopher H. Wing *
CHRISTOPHER H. WING
Counsel for John R. Vanzetti

/s/ Doron Weinberg *
DORON WEINBERG
Counsel for Richard W.
Northcutt

/s/ Richard Tamor *
RICHARD TAMOR
Counsel for Yama Marifat

/s/ Donald H. Heller *
DONALD H. HELLER
Counsel for Gregory L.
Jackson

/s/ Carl M. Fallen *
CARL M. FALLEN
Counsel for Walter Daniel
Olmstead

/s/ Ismael Ramsey *
ISMAEL RAMSEY
Counsel for Robert Rose

/s/ William J. Portonova *
WILLIAM J. PORTONOVA
Counsel for Kenneth A.
Swanger

/s/ Jeffrey L. Bornstein *
JEFFREY L. BORNSTEIN
Counsel for Wiley C. Chandler

* Signed with permission.

5

1                            [PROPOSED] ORDER

2          For the reasons stated above, the Court continues the

3     status conferences regarding judgment and sentencing for

4     defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti,

5     Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter

6     Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C.

7     Chandler from **November 9, 2012** to **December 20, 2013.**

8          IT IS SO ORDERED.

9     DATE:    11/5/12

10                                    _____
                                      HON. EDWARD J. GARCIA
11                                    UNITED STATES SENIOR DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28