ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-0144 WBS |
| Plaintiff, | |
| v. | |
| ANTHONY B. GHIO, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:10-CR-0238 WBS |
| Plaintiff, | |
| v. | |
| THEODORE B. HUTZ, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | NO. 2:10-CR-0239 WBS |
| Plaintiff, | |
| v. | |
| JOHN R. VANZETTI, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>RICHARD W. NORTHCUTT,<br><br>            Defendant.<br>_____ | NO. 2:11-CR-0038 WBS |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>YAMA MARIFAT,<br><br>            Defendant.<br>_____ | No. 2:11-CR-0039 WBS |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>GREGORY L. JACKSON,<br><br>            Defendant.<br>_____ | No. 2:11-CR-0090 WBS |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>WALTER DANIEL OLMSTEAD,<br><br>            Defendant. | No: 2:11-CR-0291 WBS |

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>     v.<br><br>ROBERT ROSE,<br>            Defendant. | NO. 2:11-CR-0292 WBS |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>     v.<br><br>KENNETH A. SWANGER,<br>            Defendant. | No. 2:11-CR-0492 WBS |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>     v.<br><br>WILEY C. CHANDLER,<br>            Defendant. | No. 2:11-CR-511 WBS |

The defendants in the above-entitled cases, Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler, are on the Court's calendar for status conferences on December 16, 2013.

These individuals, however, may be called as witnesses at the trial of several co-conspirators. In this related case, United States v. Katakis, et al., Cr. No. S-11-511 WBS, four defendants, Andrew B. Katakis, Donald M. Parker, Anthony B.

3
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1  Joachim, and W. Theodore Longley, are on the Court's calendar
2  for a trial commencing on January 28, 2014.
3       The government will not be able to fully determine its
4  sentencing recommendation for defendants Ghio, Hutz, Vanzetti,
5  Northcutt, Marifat, Jackson, Olmstead, Rose, Swanger, and
6  Chandler until after a trial in the related case.  Therefore,
7  per agreement with defense counsel, it is respectfully requested
8  that the status conference for these individuals that is
9  currently set for **December 16, 2013** be continued to **April 7,**
10 **2014** at 10:00 a.m.  The United States Probation Office is in
11 accord with this approach.  It is anticipated that at that time,
12 the parties will be in a better position to request dates for
13 judgment and sentencing and disclosure schedules for presentence
14 reports.

16 Dated: November 18, 2013            Respectfully submitted,

                                    /s/ Tai S. Milder
                                    Anna Tryon Pletcher
                                    Tai S. Milder
                                    May Lee Heye
                                    Kelsey C. Linnett
                                    Trial Attorneys
                                    U.S. Department of Justice
                                    Antitrust Division

                                    /s/ Micheal S. Thorman *
                                    MICHEAL S. THORMAN
                                    Counsel for Anthony Ghio

                                    /s/ Kresta Nora Daly *
                                    KRESTA NORA DALY
                                    Counsel for Theodore B. Hutz


                                    /s/ Christopher H. Wing *

4
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

```
                                    CHRISTOPHER H. WING
                                    Counsel for John R. Vanzetti

                                    /s/ Doron Weinberg *
                                    DORON WEINBERG
                                    Counsel for Richard W.
                                    Northcutt

                                    /s/ Richard Tamor *
                                    RICHARD TAMOR
                                    Counsel for Yama Marifat

                                    /s/ Donald H. Heller *
                                    DONALD H. HELLER
                                    Counsel for Gregory L.
                                    Jackson

                                    /s/ Carl M. Faller *
                                    CARL M. FALLER
                                    Counsel for Walter Daniel
                                    Olmstead

                                    /s/ Ismael Ramsey *
                                    ISMAEL RAMSEY
                                    Counsel for Robert Rose

                                    /s/ William J. Portonova *
                                    WILLIAM J. PORTONOVA
                                    Counsel for Kenneth A.
                                    Swanger

                                    /s/ Jeffrey L. Bornstein *
                                    JEFFREY L. BORNSTEIN
                                    Counsel for Wiley C. Chandler
```

\* Signed with permission.

5

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

ORDER

For the reasons stated above, the Court continues the status conferences regarding judgment and sentencing for defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler from **December 16, 2013** to **April 7, 2014**.

IT IS SO ORDERED.

Dated:  November 19, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**