ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD W. NORTHCUTT,<br><br>Defendant. | Case No. 2:11-CR-0038-WBS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER SETTING HEARING FOR JUDGMENT AND SENTENCING**<br><br>Judge: Hon. William B. Shubb<br>Place: Courtroom 5 |

**STIPULATION**

The defendant in the above-entitled case is on the Court's calendar for a status conference on April 7, 2014.  The parties are now prepared to proceed to judgment and sentencing in this case.  Therefore, the parties respectfully request that the Court vacate the **April 7, 2014** status conference, and instead set a hearing for judgment and sentencing on **August 4, 2014** at 9:30 a.m.  The United States Probation Office is in accord with this approach.

///

///

///

///

UNITED STATES' STIP. AND PROPOSED ORDER

1

1  IT IS SO STIPULATED.

2

3  Dated:        March 28, 2014                Respectfully submitted,

4
                                               /s/ Tai Milder
5                                              Anna Tryon Pletcher
                                               Tai S. Milder
6                                              May Lee Heye
                                               Kelsey C. Linnett
7                                              Trial Attorneys
                                               U.S. Department of Justice
8                                              Antitrust Division

9

10
                                               /s/ Doron Weinberg*
11                                             DORON WEINBERG
                                               Counsel for Richard W. Northcutt
12

13

14

15

16  *Signed with permission

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' STIP. AND PROPOSED ORDER

2

**ORDER**

The Court hereby vacates the status conference for defendant Richard W. Northcutt set for **April 7, 2014**, and sets a hearing for judgment and sentencing on **August 4, 2014 at 9:30 a.m**.

IT IS SO ORDERED.

Dated:  March 28, 2014

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE