ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-0144 WBS |
| Plaintiff, | |
| v. | |
| ANTHONY B. GHIO, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:10-CR-0238 WBS |
| Plaintiff, | |
| v. | |
| THEODORE B. HUTZ, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | NO. 2:10-CR-0239 WBS |
| Plaintiff, | |
| v. | |
| JOHN R. VANZETTI, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | NO. 2:11-CR-0038 WBS |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | RICHARD W. NORTHCUTT, | |
| 5 | Defendant. | |
| 6 | ──────────────────────────── | |
| 7 | UNITED STATES OF AMERICA, | No. 2:11-CR-0039 WBS |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | YAMA MARIFAT, | |
| 11 | Defendant. | |
| 12 | ──────────────────────────── | |
| 13 | UNITED STATES OF AMERICA, | No. 2:11-CR-0090 WBS |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | GREGORY L. JACKSON, | |
| 17 | Defendant. | |
| 18 | ──────────────────────────── | |
| 19 | UNITED STATES OF AMERICA, | No: 2:11-CR-0291 WBS |
| 20 | Plaintiff, | |
| 21 | | |
| 22 | v. | |
| 23 | WALTER DANIEL OLMSTEAD, | |
| 24 | Defendant. | |

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ROBERT ROSE,<br>　　　　　Defendant. | NO. 2:11-CR-0292 WBS |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>KENNETH A. SWANGER,<br>　　　　　Defendant. | No. 2:11-CR-0492 WBS |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>WILEY C. CHANDLER,<br>ANTHONY B. JOACHIM<br><br>　　　　　Defendants. | No. 2:11-CR-511 WBS |

The above-entitled cases are currently set for status hearings on **April 6, 2015.**

The related case, United States v. Katakis, et al., Cr. No. S-11-511 WBS, went to trial on February 4, 2014. Several of the above-named defendants testified at that trial. On March 11, 2014, a jury returned guilty verdicts against Andrew Katakis and Donald Parker for bid rigging and Katakis for obstruction of justice. The jury could not reach a verdict on the conspiracy to commit mail fraud count.

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1    Katakis moved for a judgment of acquittal on the
2 obstruction count.  The Court granted the motion on May 9, 2014.
3 On June 6, 2014, the government filed a notice of appeal.  Four
4 days earlier, on June 2, Katakis had moved for a new trial on
5 the bid-rigging count.  Parker joined that motion.  On June 10,
6 2014, the Court stayed all proceedings pending receipt of an
7 order of remand from the Court of Appeals.  Appellate briefing
8 has been completed and the case has been set for oral argument
9 on May 15, 2015.
10   Katakis's and Parker's motions for a new trial are stayed
11 until the appellate issue is resolved.  If those new trial
12 motions are granted, the co-conspirators in the above-named
13 cases may be called as trial witnesses. The government will not
14 be able to fully determine its sentencing recommendation for
15 defendants Ghio, Hutz, Vanzetti, Northcutt, Marifat, Jackson,
16 Olmstead, Rose, Swanger, Chandler, and Joachim until after all
17 trials in the related cases have been completed.
18   Therefore, per agreement with defense counsel, it is
19 respectfully requested that the existing status conference be
20 continued to **September 14, 2015** at 9:30 a.m.  The United States
21 Probation Office is in accord with this approach.  It is
22 anticipated that at that time, the parties will be in a better
23 position to request dates for
24 \\
25 \\
26 \\
27 \\
28

4
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

judgment and sentencing and disclosure schedules for presentence reports.

Dated: March 24, 2015              Respectfully submitted,

/s/ Anna Tryon Pletcher
Anna Tryon Pletcher
Tai S. Milder
May Lee Heye
Kelsey C. Linnett
Trial Attorneys
U.S. Department of Justice
Antitrust Division

/s/ Michael S. Thorman *
MICHAEL S. THORMAN
Counsel for Anthony Ghio

/s/ Kresta Nora Daly *
KRESTA NORA DALY
Counsel for Theodore B. Hutz

/s/ Christopher H. Wing *
CHRISTOPHER H. WING
Counsel for John R. Vanzetti

/s/ Doron Weinberg *
DORON WEINBERG
Counsel for Richard W. Northcutt

/s/ Richard Tamor *
RICHARD TAMOR
Counsel for Yama Marifat

/s/ Donald H. Heller *
DONALD H. HELLER
Counsel for Gregory L. Jackson

/s/ Carl M. Faller *
CARL M. FALLER
Counsel for Walter Daniel Olmstead

5
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

```
                                    /s/ Ismail Ramsey *
                                    ISMAIL RAMSEY
                                    Counsel for Robert Rose

                                    /s/ William J. Portanova *
                                    WILLIAM J. PORTANOVA
                                    Counsel for Kenneth A.
                                    Swanger

                                    /s/ Jeffrey L. Bornstein *
                                    JEFFREY L. BORNSTEIN
                                    Counsel for Wiley C. Chandler

                                    /s/ Thomas A. Johnson *
                                    THOMAS A. JOHNSON
                                    Counsel for Anthony B.
                                    Joachim
```

* Signed with permission.

                                    ORDER

For the reasons stated above, the Court continues the status conference for defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, and Kenneth A. Swanger from **April 6, 2014** to **September 14, 2015 at 9:30 a.m.**

    IT IS SO ORDERED.

Dated:  March 24, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**