ANNA TRYON PLETCHER (Cal. Bar No. 239730)
Assistant Chief
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ANTHONY B. GHIO,<br><br>　　　　　Defendant. | No. 2:10-CR-0144 WBS |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THEODORE B. HUTZ,<br><br>　　　　　Defendant. | No. 2:10-CR-0238 WBS |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>JOHN R. VANZETTI,<br><br>　　　　　Defendant. | No. 2:10-CR-0239 WBS |

//

**STIPULATION AND [PROPOSED] ORDER TO SET SENTENCING DATES**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD W. NORTHCUTT,<br><br>        Defendant. | No. 2:11-CR-0038 WBS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>YAMA MARIFAT,<br><br>        Defendant. | No. 2:11-CR-0039 WBS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GREGORY L. JACKSON,<br><br>        Defendant. | No. 2:11-CR-0090 WBS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WALTER DANIEL OLMSTEAD,<br><br>        Defendant. | No: 2:11-CR-0291 WBS |

//

//

//

**STIPULATION AND [PROPOSED] ORDER TO SET SENTENCING DATES**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br>ROBERT ROSE,<br>　　　　　　Defendant. | No. 2:11-CR-0292 WBS |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br>KENNETH A. SWANGER,<br>　　　　　　Defendant. | No. 2:11-CR-0492 WBS |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br>WILEY C. CHANDLER,<br>ANTHONY B. JOACHIM<br>　　　　　　Defendants. | No. 2:11-CR-511 WBS |

The above-entitled cases are currently set for a status hearing on **April 4, 2016.**

The related case, *United States v. Katakis, et al.*, 11-CR-0511 WBS, went to trial on February 4, 2014. Several of the above-named defendants testified at that trial. On March 11, 2014, a jury returned guilty verdicts against Andrew Katakis and Donald Parker for bid rigging and Katakis for obstruction of justice. The jury could not reach a verdict on the conspiracy to commit mail fraud count.

Katakis moved for a judgment of acquittal on the obstruction count. The Court granted the motion on May 9, 2014. On June 6, 2014, the government filed a notice of appeal. Four days earlier, on June 2, Katakis had moved for a new trial on the bid-rigging count. Parker

1
**STIPULATION AND [PROPOSED] ORDER TO SET SENTENCING DATES**

joined that motion.  On June 10, 2014, the Court stayed all proceedings pending receipt of an order of remand from the Court of Appeals.  On August 31, 2015, the Ninth Circuit affirmed the Court's order granting Katakis a judgment of acquittal.

On October 1, 2015, Katakis and Parker filed amended motions for a new trial.  On February 1, 2016, they amended their motions again.  After an evidentiary hearing on March 1 and 2, 2016, the Court denied Katakis's motion for a new trial on grounds that Katakis's trial counsel was ineffective because he failed to interview or call certain potential witnesses.  On March 16, 2016, Katakis withdrew all of his remaining grounds pertaining to his claim of ineffective assistance of counsel.  A hearing is scheduled for May 9, 2016, for oral argument on the remaining claims presented in Katakis's and Parker's new trial motions.

If the new trial motions are granted, the coconspirators in the above-named cases may be called as trial witnesses.  The government will not be able to fully determine its sentencing recommendation for defendants Ghio, Hutz, Vanzetti, Northcutt, Marifat, Jackson, Olmstead, Rose, Swanger, Chandler, and Joachim until after all trials in the related cases have been completed.

Therefore, per agreement with defense counsel, it is respectfully requested that the existing status conference be vacated and all defendants be sentenced on **September 12, 2016** at 9:00 a.m.  The United States Probation Office is available on that day.

Dated: March 28, 2016

Respectfully submitted,
/s/ Anna Tryon Pletcher
Anna Tryon Pletcher
Assistant Chief
U.S. Department of Justice
Antitrust Division

/s/ Michael S. Thorman *
MICHAEL S. THORMAN
Counsel for Anthony Ghio

\\
\\

2
**STIPULATION AND [PROPOSED] ORDER TO SET SENTENCING DATES**

1
2
3
/s/ Kresta Nora Daly *
KRESTA NORA DALY
Counsel for Theodore B. Hutz

4
5
/s/ Christopher H. Wing *
CHRISTOPHER H. WING
Counsel for John R. Vanzetti

6
7
8
/s/ Doron Weinberg *
DORON WEINBERG
Counsel for Richard W. Northcutt

9
10
/s/ Richard Tamor *
RICHARD TAMOR
Counsel for Yama Marifat

11
12
/s/ Donald H. Heller *
DONALD H. HELLER
Counsel for Gregory L. Jackson

13
14
15
/s/ Carl M. Faller *
CARL M. FALLER
Counsel for Walter Daniel Olmstead

16
17
/s/ Ismail Ramsey *
ISMAIL RAMSEY
Counsel for Robert Rose

18
19
20
/s/ William J. Portanova *
WILLIAM J. PORTANOVA
Counsel for Kenneth A. Swanger

21
22
/s/ Edward P. Sangster *
EDWARD P. SANGSTER
Counsel for Wiley C. Chandler

23
24
25
/s/ Thomas A. Johnson *
THOMAS A. JOHNSON
Counsel for Anthony B. Joachim

26

27  * Signed with permission.

28  / /

3
**STIPULATION AND [PROPOSED] ORDER TO SET SENTENCING DATES**

|    |                                                                                         |
|----|-----------------------------------------------------------------------------------------|
| 1  | ORDER                                                                                    |
| 2  | For the reasons stated above, the Court vacates the April 4, 2016 status conference and |
| 3  | sets defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, |
| 4  | Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, |
| 5  | Wiley C. Chandler, and Anthony B. Joachim for sentencing on September 12, 2016.          |
| 6  | IT IS SO ORDERED.                                                                        |
| 7  |                                                                                          |
| 8  | Dated:  March 28, 2016                                                                   |
| 9  | WILLIAM B. SHUBB                                                                         |
| 10 | UNITED STATES DISTRICT JUDGE                                                             |